UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO CONTRERAS,

    Plaintiff,

v.                                                     Case No: 2:18-cv-676-FtM-38CM

LEXINGTON INSURANCE
COMPANY,

    Defendant.
_____/

### **ORDER**[1]

Before the Court on *sua sponte* review is its Order to Show Cause. (Doc. 8). Defendant Lexington Insurance Company removed this action from state court citing diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1). After reviewing Lexington's Notice of Removal, the Court *sue sponte* ordered Lexington to supplement its Notice because Lexington failed to establish the amount in controversy. (Doc. 8). The Court cautioned Lexington that "[f]ailure to comply . . . [would] result in this case being remanded without further notice." (Doc. 8).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Lexington has not supplemented its Notice of Removal, and the deadline has come and gone. Because Lexington failed to respond to the Court's Order to Show Cause, this case must be remanded for lack of subject matter jurisdiction.

Accordingly, it is now

**ORDERED:**

(1) This case is **REMANDED** back to the state court.

(2) The Clerk of Court is **DIRECTED** to remand this case to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, and to transmit a certified copy of this Order to the Clerk of Court.

(3) The Clerk is further **DIRECTED** to terminate all pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of November 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record